v.

**Henry BERRY, Respondent.**

**WD 79342**

Missouri Court of Appeals, Western District.

ORDER FILED: August 23, 2016

Application for Transfer to Supreme Court Denied September 20, 2016

Abbie Rothermich and Jacqueline Duvall, Warrensburg, MO, Attorneys for Appellant,

Henry Berry, Carrollton, MO, Respondent, pro se.

Before Division Two: Karen King Mitchell, Presiding Judge, and Cynthia L. Martin and Gary D. Witt, Judges

### Order

Per Curiam:

S.T. (Mother), as parent and natural guardian of G.T. (Daughter), filed a petition seeking relief against Henry Berry under §§ 455.500-455.538, known as the "Child Protection Orders Act." The circuit court denied relief and dismissed the ac-

tion with prejudice. Finding no error, we affirm. Rule 84.16(b).